UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mitchell Cohen<br><br>v.<br><br>Kia America, Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-cv-01664-DOC-(KESx)<br><br>ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

January 20, 2023        James V. Selna  /s/ James V. Selna
Date        United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____        _____
Date        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:22-ml-03052-JVS-(KESx)  and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___N/A___ to Magistrate Judge ___N/A___.

On all documents subsequently filed in this case, please substitute the initials ___JVS___ after the case number in place of the initials of the prior judge, so that the case number will read ___8:22-cv-01664-JVS-(KESx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] Previous Judge    [ ] Statistics Clerk

CV-34 (03/21)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)